IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GREGORY J. SKALER | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | No. 09-3978 |
| MARINA DISTRICT DEVELOPMENT | : | |
| CO., LLC, et al. | : | |

**<u>ORDER</u>**

AND NOW, this 29th day of October, 2009, "Plaintiff Gregory J. Skaler's Motion to Remand Filed Pursuant to 28 U.S.C.A. § 1447 to State Court" (docket no. 4) is denied as moot, an amended motion having been filed on September 29, 2009 (docket no. 6). The amended motion to remand is also denied.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.